AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

STEFFANY MILTON,

        Plaintiff,

**JUDGMENT IN A CIVIL CASE**

      **V.**

CASE NUMBER: 4:23-cv-128

DENTAL SUPPORT SERVICES OF COASTAL GEORGIA, LLC,

        Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated February 27, 2024, the parties' second Joint Motion to Approve Settlement is granted and the settlement as stated in the revised Settlement Agreement is approved.

This case is therefore dismissed with prejudice and this stands closed.

Approved by: _____

March 13, 2024
_____
*Date*

John E. Triplett, Clerk of Court
_____
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/2020